# 3 : CV 00 - 1290 ②

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER    BK-5396
_____

BOX A
_____

BELLEFONTE, PA.
_____

16823-0820
**Name of Plaintiff(s)**

v.

WARD, ETC.
_____

PA. STATE BOARD OF PROBATION
_____

AND PAROLE
_____

**Name of Defendant(s)**

:
:
:
:
:
:
:
:
:
:
:
:
:
:

FILED
_____
**Civil Case No.**

JUL 2/M 2000

_____
**Judge** DEPUTY CLERK

(Number and Judge to be
assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1.    I am willing to pursue my claims in this action under the new
      provisions of The Prison Litigation Reform Act, understanding
      that pursuing my claim requires payment of a partial filing fee
      and deduction of sums from my prison account when funds exist
      until the filing fee of $150.00 has been paid in full.

2.    I have enclosed an executed Authorization form which authorizes
      the Institution holding me in custody to transmit to the Clerk
      a certified copy of my trust account for the past six (6)
      months as well as payments from the account in the amounts
      specified by 28 U.S.C. §1915(b).

3.    Have you, prior to the filing of the complaint in this action and while
      a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
      more actions or appeals in a court of the United States that were
      dismissed as frivolous, malicious, or for failure to state a claim upon
      which relief may be granted?    Yes _____    No X

      (a)  If the answer is "yes," are you now seeking relief because you
           are under imminent danger of serious physical injury?
           Yes _____    No _____

(b)  Please explain in detail why you are under imminent danger of
serious physical injury:

_____

_____

_____

4.    (a)  Are you presently employed at the Institution?  Yes _*yes*_ No ____

(b)  If yes, what is your monthly compensation?  $_68.00 average._

5.    Do you own any cash or other property; have a bank account; or receive
money from any source?  Yes _____  No _*no*_

If the answer is "yes" to any of the above, describe each source and
the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __7-16-00__                    ___James Lee Wayns___
            (Date)                         (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code,
Section 1746.