

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                     : Civil Action No. 3:00-cv-01290

                                           :

Inmate: James Lee Wagner                            FILED

                                           :

ID Number:  BK-5396

                                                JUL 2 4 2000

                    ADMINISTRATIVE ORDER       PER _____ DEPUTY CLERK

     The individual identified above has initiated a civil complaint in the
U.S. District Court for the Middle District of Pennsylvania.  The filing fee
for this action is $150.00.

     Pursuant to the Prison Litigation Reform Act and Standing Order No.
96-1 of this court, the Superintendent/Warden of the institution where this
inmate is incarcerated is directed to furnish the court and the inmate with a
certified copy of the statement for the past six months of the prisoner's
trust fund account (or institutional equivalent).  The Superintendent/Warden
is also directed to remit from the prisoner's account, in monthly
installments, the full $150.00 fee.

     As soon as funds are available in the inmate's prison account, the
Superintendent/Warden shall submit an initial partial payment of 20 percent of
the greater of:

     (1) the average monthly deposits to the inmate's prison account for
the past six months, or

     (2) the average monthly balance in the inmate's prison account for
the past six months.

     The remittance must be accompanied by a statement of the calculations
used to arrive at the amount, a copy of which you shall furnish to the inmate.

     After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full.  Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained.  When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk.  Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution.  This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: July 24, 2000