AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF  Centre                    : CIVIL ACTION NO.   3:00-CV-01290

I, Francis M. Dougherty                being duly sworn, depose and say:

(1) I am employed as Business Manager at SCI - Rockview.
I have served in that capacity since December 22, 19 91.

(2) The plaintiff, JAMES LEE WAGNER    Reg. No. BK-5396
is presently incarcerated at the said institution.

FILED
SCRANTON
AUG 03 2000
PER _____ DEPUTY CLERK

(3) The following is a listing of assets at the said institution belonging to plaintiff
   a. Prison account
      1. Present balance:                              $  43.19
      2. Total amount of deposits during
         six months preceding the filing of
         the complaint:                                $  389.04
      3. Average monthly balance:                      $  32.62
      4. Average monthly deposits:                     $  64.84
   b. Employment
      1. Institution employment:                       $  389.04
      2. Average monthly deposits:                     $  64.84
   c. Other resources:

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*Francis M. Dougherty*
Francis M. Dougherty, Business Manager

# JAMES LEE WAGNER, BK-5396
## AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/00 | $ 25.23 | 2/28/00 | $ (3.85) | 3/28/00 | $ 1.75 | 4/28/00 | $ 38.80 | 5/28/00 | $ 62.28 | 6/28/00 | $ 21.16 |
| 1/29/00 | $ 25.23 | 2/29/00 | $ (3.85) | 3/29/00 | $ 1.75 | 4/29/00 | $ 38.80 | 5/29/00 | $ 62.28 | 6/29/00 | $ 21.16 |
| 1/30/00 | $ 25.23 | 3/1/00 | $ (3.85) | 3/30/00 | $ 1.75 | 4/30/00 | $ 38.80 | 5/30/00 | $ 62.28 | 6/30/00 | $ 21.16 |
| 1/31/00 | $ 25.23 | 3/2/00 | $ (3.85) | 3/31/00 | $ 1.75 | 5/1/00 | $ 38.80 | 5/31/00 | $ 62.28 | 7/1/00 | $ 21.16 |
| 2/1/00 | $ 25.23 | 3/3/00 | $ (3.85) | 4/1/00 | $ 1.75 | 5/2/00 | $ 38.80 | 6/1/00 | $ 62.28 | 7/2/00 | $ 21.16 |
| 2/2/00 | $ 25.23 | 3/4/00 | $ (3.85) | 4/2/00 | $ 1.75 | 5/3/00 | $ 38.80 | 6/2/00 | $ 62.28 | 7/3/00 | $ 21.16 |
| 2/3/00 | $ 14.38 | 3/5/00 | $ (3.85) | 4/3/00 | $ 1.75 | 5/4/00 | $ 38.80 | 6/3/00 | $ 32.07 | 7/4/00 | $ 21.16 |
| 2/4/00 | $ 14.38 | 3/6/00 | $ (3.85) | 4/4/00 | $ 1.75 | 5/5/00 | $ 38.80 | 6/4/00 | $ 32.07 | 7/5/00 | $ 21.16 |
| 2/5/00 | $ 1.75 | 3/7/00 | $ 63.35 | 4/5/00 | $ 1.75 | 5/6/00 | $ 5.85 | 6/5/00 | $ 32.07 | 7/6/00 | $ 16.91 |
| 2/6/00 | $ 1.75 | 3/8/00 | $ 63.35 | 4/6/00 | $ 1.75 | 5/7/00 | $ 5.85 | 6/6/00 | $ 32.07 | 7/7/00 | $ 16.91 |
| 2/7/00 | $ 65.59 | 3/9/00 | $ 63.35 | 4/7/00 | $ 1.75 | 5/8/00 | $ 5.85 | 6/7/00 | $ 32.07 | 7/8/00 | $ 3.59 |
| 2/8/00 | $ 65.59 | 3/10/00 | $ 63.35 | 4/8/00 | $ 1.75 | 5/9/00 | $ 73.05 | 6/8/00 | $ 32.07 | 7/9/00 | $ 3.59 |
| 2/9/00 | $ 65.59 | 3/11/00 | $ 63.35 | 4/9/00 | $ 1.75 | 5/10/00 | $ 73.05 | 6/9/00 | $ 105.99 | 7/10/00 | $ 3.59 |
| 2/10/00 | $ 65.59 | 3/12/00 | $ 63.35 | 4/10/00 | $ 1.75 | 5/11/00 | $ 73.05 | 6/10/00 | $ 105.99 | 7/11/00 | $ 3.59 |
| 2/11/00 | $ 65.59 | 3/13/00 | $ 18.37 | 4/11/00 | $ 79.03 | 5/12/00 | $ 73.05 | 6/11/00 | $ 105.99 | 7/12/00 | $ 3.59 |
| 2/12/00 | $ 21.13 | 3/14/00 | $ 15.95 | 4/12/00 | $ 79.03 | 5/13/00 | $ 73.05 | 6/12/00 | $ 105.99 | 7/13/00 | $ 3.59 |
| 2/13/00 | $ 21.13 | 3/15/00 | $ 15.95 | 4/13/00 | $ 79.03 | 5/14/00 | $ 73.05 | 6/13/00 | $ 105.99 | 7/14/00 | $ 3.59 |
| 2/14/00 | $ 21.13 | 3/16/00 | $ 15.95 | 4/14/00 | $ 48.80 | 5/15/00 | $ 73.05 | 6/14/00 | $ 52.25 | 7/15/00 | $ 3.59 |
| 2/15/00 | $ 12.19 | 3/17/00 | $ 15.95 | 4/15/00 | $ 48.80 | 5/16/00 | $ 72.28 | 6/15/00 | $ 52.25 | 7/16/00 | $ 3.59 |
| 2/16/00 | $ 12.19 | 3/18/00 | $ 15.95 | 4/16/00 | $ 48.80 | 5/17/00 | $ 62.28 | 6/16/00 | $ 52.25 | 7/17/00 | $ 43.19 |
| 2/17/00 | $ 3.94 | 3/19/00 | $ 15.95 | 4/17/00 | $ 48.80 | 5/18/00 | $ 62.28 | 6/17/00 | $ 52.25 | 7/18/00 | $ 43.19 |
| 2/18/00 | $ 3.94 | 3/20/00 | $ 15.95 | 4/18/00 | $ 48.80 | 5/19/00 | $ 62.28 | 6/18/00 | $ 52.25 | 7/19/00 | $ 43.19 |
| 2/19/00 | $ 0.15 | 3/21/00 | $ 15.95 | 4/19/00 | $ 48.80 | 5/20/00 | $ 62.28 | 6/19/00 | $ 52.25 | 7/20/00 | $ 43.19 |
| 2/20/00 | $ 0.15 | 3/22/00 | $ 15.95 | 4/20/00 | $ 48.80 | 5/21/00 | $ 62.28 | 6/20/00 | $ 52.25 | 7/21/00 | $ 43.19 |
| 2/21/00 | $ 0.15 | 3/23/00 | $ 15.95 | 4/21/00 | $ 48.80 | 5/22/00 | $ 62.28 | 6/21/00 | $ 36.16 | 7/22/00 | $ 43.19 |
| 2/22/00 | $ 0.15 | 3/24/00 | $ 15.95 | 4/22/00 | $ 48.80 | 5/23/00 | $ 62.28 | 6/22/00 | $ 36.16 | 7/23/00 | $ 43.19 |
| 2/23/00 | $ (3.85) | 3/25/00 | $ 3.59 | 4/23/00 | $ 48.80 | 5/24/00 | $ 62.28 | 6/23/00 | $ 36.16 | 7/24/00 | $ 43.19 |
| 2/24/00 | $ (3.85) | 3/26/00 | $ 3.59 | 4/24/00 | $ 38.80 | 5/25/00 | $ 62.28 | 6/24/00 | $ 36.16 | 7/25/00 | $ 43.19 |
| 2/25/00 | $ (3.85) | 3/27/00 | $ 1.75 | 4/25/00 | $ 38.80 | 5/26/00 | $ 62.28 | 6/25/00 | $ 36.16 | 7/26/00 | $ 43.19 |
| 2/26/00 | $ (3.85) |  | - | 4/26/00 | $ 38.80 | 5/27/00 | $ 62.28 | 6/26/00 | $ 21.16 | 7/27/00 | $ 43.19 |
| 2/27/00 | $ (3.85) |  | - | 4/27/00 | $ 38.80 |  | - | 6/27/00 | $ 21.16 |  | - |
| AVG | $ 18.99 |  | $ 17.81 |  | $ 30.16 |  | $ 51.51 |  | $ 54.35 |  | $ 22.92 |

6 MONTH AVERAGE: $ 32.62
32.622258

# JAMES LEE WAGNER, BK-5396

## AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 2/7/00 | 63.84 | - | 63.84 |
| 3/7/00 | 67.20 | - | 67.20 |
| 4/11/00 | 77.28 | - | 77.28 |
| 5/9/00 | 67.20 | - | 67.20 |
| 6/9/00 | 73.92 | - | 73.92 |
| 7/17/00 | 39.60 | - | 39.60 |
| | - | - | - |
| TOTALS | $ 389.04 | $ - | $ 389.04 |
| AVG | $ 64.84 | | $ 64.84 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE    7/27/2000
REMOTE PRINT TIME 14:07              FROM PURGE FILE               PAGE         1

   INMATE     NAME
   NUMBER     LAST            FIRST            MI          STARTING BALANCE
   BK5396     WAGNER          JAMES            P               17.97

  BATCH     DATE                                      TRANSACTION   BALANCE AFTER
    #    MO DY YEAR    TRANSACTION DESCRIPTION          AMOUNT       TRANSACTION

   9001   01-06-2000  34  RADIO/TV
                          BASIC CABLE TV AND HBO         -10.85          7.12
   8008   01-08-2000  32  ROC COMMISSARY
                          FOR   1/10/2000                 -6.93           .19
   7162   01-10-2000  11  INDUSTRIES PAYROLL
                          DECEMBER 1999 WAGES             73.92         74.11
   8015   01-15-2000  32  ROC COMMISSARY
                          FOR   1/18/2000                -34.28         39.83
   8022   01-22-2000  32  ROC COMMISSARY
                          FOR   1/24/2000                -14.60         25.23
   9002   02-03-2000  34  RADIO/TV
                          BASIC CABLE TV AND HBO         -10.85         14.38
   8036   02-05-2000  32  ROC COMMISSARY
                          FOR   2/05/2000                -12.63          1.75
   7365   02-07-2000  11  INDUSTRIES PAYROLL
                          PAYROLL - JANUARY 2000          63.84         65.59
   8043   02-12-2000  32  ROC COMMISSARY
                          FOR   2/14/2000                -44.46         21.13
   7417   02-15-2000  37  POSTAGE
                          FEBRUARY                        -8.94         12.19
   7447   02-17-2000  37  POSTAGE
                          FEBRUARY                        -8.25          3.94
   8050   02-19-2000  32  ROC COMMISSARY
                          FOR   2/22/2000                 -3.79           .15
   7488   02-23-2000  41  MEDICAL
                          CO-PAY          2-18-00         -4.00         -3.85
   7585   03-07-2000  11  INDUSTRIES PAYROLL
                          (FEBRUARY) WAGES                67.20         63.35
   8073   03-13-2000  32  ROC COMMISSARY
                          FOR   3/13/2000                -44.98         18.37
   7623   03-14-2000  37  POSTAGE
                          MARCH                           -2.42         15.95
   7703   03-24-2000  37  POSTAGE
                          MARCH                           -1.62         14.33
   8085   03-25-2000  32  ROC COMMISSARY
                          FOR   3/27/2000                -10.74          3.59
   7711   03-27-2000  37  POSTAGE
                          MARCH                           -1.84          1.75

                  BALANCE AFTER THESE TRANSACTIONS------>                1.75
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN     IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING         DATE  7/27/2000
REMOTE PRINT TIME 14:07              FROM ACTIVE FILE              PAGE         1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BK5396 | WAGNER | JAMES | P | 1.75 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7826 | 04-11-2000 | 11 | INDUSTRIES PAYROLL WAGES - (MARCH) | 77.28 | 79.03 |
| 8106 | 04-15-2000 | 32 | ROC COMMISSARY FOR 4/17/2000 | -30.23 | 48.80 |
| 7934 | 04-24-2000 | 44 | ORGANIZATIONAL JAYCEE ICE CREAM TICKETS | -10.00 | 38.80 |
| 8127 | 05-06-2000 | 32 | ROC COMMISSARY FOR 5/08/2000 | -32.95 | 5.85 |
| 42 | 05-09-2000 | 11 | INDUSTRIES PAYROLL C.I. PAYROLL - APRIL | 67.20 | 73.05 |
| 80 | 05-16-2000 | 37 | POSTAGE MAY | -.77 | 72.28 |
| 90 | 05-17-2000 | 44 | ORGANIZATIONAL JAYCEE ICE CREAM TICKETS | -10.00 | 62.28 |
| 8155 | 06-03-2000 | 32 | ROC COMMISSARY FOR 6/05/2000 | -30.21 | 32.07 |
| 264 | 06-09-2000 | 11 | INDUSTRIES PAYROLL WAGES - MAY 2000 | 73.92 | 105.99 |
| 306 | 06-14-2000 | 44 | ORGANIZATIONAL JAYCEE ICE CREAM TICKETS | -10.00 | 95.99 |
| 8166 | 06-14-2000 | 32 | ROC COMMISSARY FOR 6/14/2000 | -43.74 | 52.25 |
| 8173 | 06-21-2000 | 32 | ROC COMMISSARY FOR 6/21/2000 | -16.09 | 36.16 |
| 392 | 06-26-2000 | 44 | ORGANIZATIONAL JAYCEE ICE CREAM TICKETS | -15.00 | 21.16 |
| 464 | 07-05-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES (JUNE) | -1.20 | 19.96 |
| 469 | 07-06-2000 | 37 | POSTAGE JULY | -3.05 | 16.91 |
| 8190 | 07-08-2000 | 32 | ROC COMMISSARY FOR 7/10/2000 | -13.32 | 3.59 |
| 537 | 07-17-2000 | 11 | INDUSTRIES PAYROLL JUNE WAGES | 30.24 | 33.83 |
| 541 | 07-17-2000 | 10 | MAINTENANCE PAYROLL JUNE WAGES - 2000 | 9.36 | 43.19 |
| 8204 | 07-22-2000 | 32 | ROC COMMISSARY FOR 7/24/2000 | -30.58 | 12.61 |

BALANCE AFTER THESE TRANSACTIONS------>  12.61

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    : Civil Action No. 3:00-cv-01290
                                          :
Inmate: James Lee Wagner                  :
                                          :
ID Number: BK-5396

FILED
[illegible]

JUL 2 4 2000

ADMINISTRATIVE ORDER          PER /s/
                              DEPUTY CLERK

    The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

    Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

    As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

    (1) the average monthly deposits to the inmate's prison account for the past six months, or

    (2) the average monthly balance in the inmate's prison account for the past six months.

    The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

    After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA   18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: July 24, 2000