```
09/07/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                        1
TRNS-ADJ         DATE       FUND       CASE NO        DEF           AMOUNT
***************************************************************************************************
                                                      SCRANTON
80300200201.   09/06/00    6855XX    3:00-OP-1          1            -57.21
80300200202.   09/06/00    5100PL                       0              4.06
80300200203.   09/06/00    0869PL                       0              2.74
80300200204.   09/06/00    5100PL                       0              4.00
80300200205.   09/06/00    5100PL                       0             10.14
80300200206.   09/06/00    5100PL                       0             36.27
80300200301.   09/06/00    6855XX    3:00-OP-1          1            -57.92
80300200302.   09/06/00    0869PL                       0              8.00
80300200303.   09/06/00    0869PL                       0              8.83
80300200304.   09/06/00    0869PL                       0              2.00
80300200305.   09/06/00    0869PL                       0             27.97
80300200306.   09/06/00    5100PL                       0             11.12
80300200401.   09/06/00    6855XX    3:00-OP-1          1            -30.67
80300200402.   09/06/00    5100PL                       0              4.00
80300200403.   09/06/00    0869PL                       0              3.00
80300200404.   09/06/00    0869PL                       0              4.79
80300200405.   09/06/00    5100PL                       0             16.00
80300200406.   09/06/00    5100PL                       0              2.88
80300200501.   09/06/00    6855XX    3:00-OP-1          1             -4.21
80300200502.   09/06/00    0869PL                       0              4.21
80300200601.   09/06/00    6855XX    3:00-OP-1          1            -20.78
80300200602.   09/06/00    5100PL                       0             20.78
80300200701.   09/06/00    6855XX    3:00-OP-1          1            -14.02
80300200702.   09/06/00    0869PL                       0             14.02
80300200801.   09/06/00    6855XX    3:00-OP-1          1             -4.00
80300200802.   09/06/00    5100PL                       0              2.00
80300200803.   09/06/00    5100PL                       0              2.00
80300200901.   09/06/00    6855XX    3:00-OP-1          1            -96.80
80300200902.   09/06/00    0869PL                       0              8.00
80300200903.   09/06/00    5100PL                       0              8.00
80300200904.   09/06/00    5100PL                       0             47.68
80300200905.   09/06/00    0869PL                       0              4.32
80300200906.   09/06/00    0869PL                       0              5.80
80300200907.   09/06/00    5100PL                       0             20.00
80300200908.   09/06/00    5100PL                       0              3.00
80300201001.   09/06/00    6855XX    3:00-OP-1          1           -341.08
80300201002.   09/06/00    5100PL                       0             45.60
80300201003.   09/06/00    0869PL                       0             60.00
80300201004.   09/06/00    0869PL                       0             14.78
80300201005.   09/06/00    5100PL                       0             16.76
80300201006.   09/06/00    5100PL                       0              7.54
80300201007.   09/06/00    5100PL                       0             10.96
80300201008.   09/06/00    0869PL                       0              4.25
80300201009.   09/06/00    5100PL                       0             12.97
80300201010.   09/06/00    0869PL                       0              9.31
80300201011.   09/06/00    0869PL                       0              1.27
80300201012.   09/06/00    0869PL                       0              9.70
80300201013.   09/06/00    5100PL                       0              9.70
80300201014.   09/06/00    0869PL                       0              3.88
80300201015.   09/06/00    0869PL                       0             26.25
80300201016.   09/06/00    5100PL                       0             10.80
80300201017.   09/06/00    0869PL                       0             30.09
80300201018.   09/06/00    5100PL                       0             26.00
80300201019.   09/06/00    5100PL                       0             31.00
```

FILED
SCRANTON
SEP 07 2000
PER _____ DEPUTY CLERK

⑦
9/8/00
TA

T2010- 9  $ 12.97   3:00-1290  WAGNER