```
09/27/00                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1

TRNS-ADJ         DATE       FUND      CASE NO             DEF     AMOUNT
***********************************************************************************************
                                      SCRANTON
80300203201.    09/26/00    504100    3:96-CR-094-01       1     -10,000.00
80300203202.    09/26/00    6855XX    3:00-OP-1            1      10,000.00
80300203301.    09/26/00    6855XX    3:00-OP-1            1         -75.00
80300203302.    09/26/00    5100PL                         0          45.00
80300203303.    09/26/00    0869PL                         0          30.00
80300203401.    09/26/00    085000                         0          -5.00
80300203402.    09/26/00    510000                         0         -10.00
80300203403.    09/26/00    6855XX    3:00-OP-1            1          15.00
80300203501.    09/26/00    504100    3:98-CR-056-01       1         -29.86
80300203502.    09/26/00    0869PL                         1          29.86
80300203601.    09/26/00    6855XX    3:00-OP-1            1        -204.15
80300203602.    09/26/00    0869PL                         0          15.46
80300203603.    09/26/00    5100PL                         0           7.18
80300203604.    09/26/00    0869PL                         0          46.30
80300203605.    09/26/00    5100PL                         0           8.67
80300203606.    09/26/00    0869PL                         0          10.67
80300203607.    09/26/00    5100PL                         0          15.46
80300203608.    09/26/00    0869PL                         0          14.78
80300203609.    09/26/00    5100PL                         0          11.59
80300203610.    09/26/00    0869PL                         0           4.51
80300203611.    09/26/00    5100PL                         0          11.12
80300203612.    09/26/00    0869PL                         0          11.12
80300203613.    09/26/00    5100PL                         0           4.10
80300203614.    09/26/00    0869PL                         0          14.32
80300203615.    09/26/00    5100PL                         0           7.16
80300203616.    09/26/00    0869PL                         0          17.62
80300203617.    09/26/00    5100PL                         0           4.09
80300203701.    09/26/00    6855XX    3:00-OP-1            1         -49.08
80300203702.    09/26/00    0869PL                         0           9.60
80300203703.    09/26/00    5100PL                         0           4.96
80300203704.    09/26/00    0869PL                         0          11.74
80300203705.    09/26/00    5100PL                         0           2.88
80300203706.    09/26/00    0869PL                         0          16.22
80300203707.    09/26/00    5100PL                         0           3.68

                                                    DIVISION TOTAL     0.00
```

FILED
SCRANTON
SEP 27 2000
PER _____ DEPUTY CLERK

T2036-7   $15.46   3:00-1290 WAGNER

8
9/27/00
TA