```
10/26/00                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT

TRNS-ADJ          DATE      FUND        CASE NO            DEF                           AMOUNT
                                        SCRANTON                                               1
***********************************************************************************************
80300205001.     10/25/00   6855XX      3:00-OP-1           1                            -25.00
80300205002.     10/25/00   0869PL                          0                             25.00
80300205101.     10/25/00   6855XX      3:00-OP-1           1                             -5.00
80300205102.     10/25/00   086900                          0                              5.00
80300205201.     10/25/00   6855XX      3:00-OP-1           1                             -2.00
80300205202.     10/25/00   0869PL                          0                              2.00
80300205301.     10/25/00   6855XX      3:00-OP-1           1                             -5.00
80300205302.     10/25/00   086900                          0                              5.00
80300205401.     10/25/00   6855XX      3:00-OP-1           1                             -5.00
80300205402.     10/25/00   086900                          0                              5.00
80300205501.     10/25/00   504100      3:98-CR-223-01      1                           -250.00
80300205502.     10/25/00   6855XX      3:00-OP-1           1                            250.00
80300205601.     10/25/00   504100      3:99-CR-057-01      1                            -25.00
80300205602.     10/25/00   6855XX      3:00-OP-1           1                             25.00
80300205701.     10/25/00   504100      3:98-CR-095-01      1                            -25.00
80300205702.     10/25/00   6855XX      3:00-OP-1           1                             25.00
80300205801.     10/25/00   504100      3:99-CR-236-01      1                            -25.00
80300205802.     10/25/00   6855XX      3:00-OP-1           1                             25.00
80300205901.     10/25/00   504100      3:99-CR-109-02      2                            -37.10
80300205902.     10/25/00   6855XX      3:00-OP-1           1                             37.10
80300206001.     10/25/00   6855XX      3:00-OP-1           1                            -65.27
80300206002.     10/25/00   5100PL                          0                              4.45
80300206003.     10/25/00   5100PL                          0                             18.11
80300206004.     10/25/00   5100PL                          0                             37.72
80300206005.     10/25/00   5100PL                          0                              4.99
80300206101.     10/25/00   6855XX      3:00-OP-1           1                            -31.51
80300206102.     10/25/00   0869PL                          0                             17.92
80300206103.     10/25/00   5100PL                          0                             13.59
80300206201.     10/25/00   0869PL                          0                            -11.67
80300206202.     10/25/00   5100PL                          0                             11.67
80300206301.     10/25/00   6855XX      3:00-OP-1           1                           -217.79
80300206302.     10/25/00   0869PL                          0                              6.44
80300206303.     10/25/00   5100PL                          0                              6.44
80300206304.     10/25/00   0869PL                          0                              1.47
80300206305.     10/25/00   5100PL                          0                             12.94
80300206306.     10/25/00   0869PL                          0                              7.54
80300206307.     10/25/00   5100PL                          0                             15.28
80300206308.     10/25/00   5100PL                          0                              2.47
80300206309.     10/25/00   5100PL                          0                             13.44
80300206310.     10/25/00   5100PL                          0                             14.11
80300206311.     10/25/00   0869PL                          0                             10.58
80300206312.     10/25/00   5100PL                          0                              5.47
80300206313.     10/25/00   0869PL                          0                             10.08
80300206314.     10/25/00   5100PL                          0                             10.08
80300206315.     10/25/00   0869PL                          0                             40.43
80300206316.     10/25/00   5100PL                          0                              3.65
80300206317.     10/25/00   0869PL                          0                             14.85
80300206318.     10/25/00   5100PL                          0                              6.88
80300206319.     10/25/00   0869PL                          0                              6.34
80300206320.     10/25/00   5100PL                          0                              6.34
80300206321.     10/25/00   5100PL                          0                             22.96
80300206401.     10/25/00   086900                          0                             -1.00
80300206402.     10/25/00   6855XX      3:00-OP-1           1                              1.00
```

FILED
SCRANTON
NOV 0 1 2000

PER _____ DEPUTY CLERK

T2063-9   $13.44   3:00-1290  WAGNER