```
11/28/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1

TRNS-ADJ        DATE        FUND      CASE NO      DEF        AMOUNT
**********************************************************************************************

                                        SCRANTON

80300208701.   11/22/00   6855XX     3:00-OP-1     1        -10.00
80300208702.   11/22/00   0869PL                   0         10.00
80300208801.   11/22/00   6855XX     3:00-OP-1     1        -17.24
80300208802.   11/22/00   5100PL                   0          8.62
80300208803.   11/22/00   0869PL                   0          8.62
80300208901.   11/22/00   6855XX     3:00-OP-1     1        -41.29
80300208902.   11/22/00   5100PL                   0         13.76
80300208903.   11/22/00   0869PL                   0          3.42
80300208904.   11/22/00   5100PL                   0         11.41
80300208905.   11/22/00   5100PL                   0          6.95
80300208906.   11/22/00   5100PL                   0          5.75
80300209001.   11/22/00   6855XX     3:00-OP-1     1        -84.76
80300209002.   11/22/00   0869PL                   0          7.41
80300209003.   11/22/00   5100PL                   0         40.03
80300209004.   11/22/00   0869PL                   0          0.44
80300209005.   11/22/00   0869PL                   0         25.35
80300209006.   11/22/00   5100PL                   0          8.00
80300209007.   11/22/00   5100PL                   0          3.53
80300209101.   11/22/00   6855XX     3:00-OP-1     1       -188.83
80300209102.   11/22/00   0869PL                   0          3.02
80300209103.   11/22/00   5100PL                   0          3.02
80300209104.   11/22/00   0869PL                   0          0.76
80300209105.   11/22/00   5100PL                   0          2.63
80300209106.   11/22/00   0869PL                   0          6.46
80300209107.   11/22/00   5100PL                   0         10.67
80300209108.   11/22/00   5100PL                   0          2.76
80300209109.   11/22/00   5100PL                   0         14.11
80300209110.   11/22/00   5100PL                   0         14.78
80300209111.   11/22/00   0869PL                   0         11.09
80300209112.   11/22/00   5100PL                   0          8.83
80300209113.   11/22/00   5100PL                   0         11.03
80300209114.   11/22/00   5100PL                   0         11.03
80300209115.   11/22/00   5100PL                   0         38.45
80300209116.   11/22/00   5100PL                   0          7.08
80300209117.   11/22/00   0869PL                   0          5.96
80300209118.   11/22/00   5100PL                   0          1.06
80300209119.   11/22/00   0869PL                   0         12.05
80300209120.   11/22/00   5100PL                   0         12.05
80300209201.   11/22/00   5100PL                   0         11.99
80300209202.   11/22/00   086900                   0         -5.00
               11/22/00   6855XX     3:00-OP-1     1          5.00

                                              DIVISION TOTAL          0.00
```

FILED
SCRANTON

NOV 28 2000

DEPUTY CLERK

T2091-9    $14.11    3:00-1290    WAGNER

10
11/29/00
TA