IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

James Lee Wagner
   Plaintiff

v.

William F. Ward, et al.,
   Defendants

Civil No. 1:CV-00-1290

(Judge Kane)

FILED
HARRISBURG

DEC 15 2000

MARY E. D'ANDREA, CLERK
Per_____
   DEPUTY CLERK

### LETTER OF INQUIRY

On July 24, 2000, I filed a 1983 complaint in this Court. As of this date, I have not received any response from the court relating to the prosecution of this complaint.

I am therefor requesting the clerk of court to furnish me with an updated status of my case now pending before this court..

Respectfully Submitted

*James L. Wagner*

James L. Wagner,

Date 12/11/00