

```
12/27/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    2

TRNS-ADJ        DATE      FUND      CASE NO     DEF      AMOUNT
***********************************************************************************************
                                    SCRANTON

80300210801.   12/26/00   685SXX    3:00-OP-1    1       -27.85
80300210802.   12/26/00   5100PL                 0         9.86
80300210803.   12/26/00   0869PL                 0         1.89
80300210804.   12/26/00   5100PL                 0        16.10
80300210901.   12/26/00   685SXX    3:00-OP-1    1       -21.05
80300210902.   12/26/00   5100PL                 0         6.61
80300210903.   12/26/00   0869PL                 0        14.44
80300211001.   12/26/00   685SXX    3:00-OP-1    1       -12.00
80300211002.   12/26/00   5100PL                 0       -12.00
80300211101.   12/26/00   685SXX    3:00-OP-1    1      -199.51
80300211102.   12/26/00   0869PL                 0         2.74
80300211103.   12/26/00   5100PL                 0         9.73
80300211104.   12/26/00   5100PL                 0         7.16
80300211105.   12/26/00   0869PL                 0        10.21
80300211106.   12/26/00   0869PL                 0         8.47
80300211107.   12/26/00   5100PL                 0        12.77
80300211108.   12/26/00   5100PL                 0        12.73
80300211109.   12/26/00   0869PL                 0        11.09
80300211110.   12/26/00   0869PL                 0         7.54
80300211111.   12/26/00   5100PL                 0         9.98
80300211112.   12/26/00   5100PL                 0         9.98
80300211114.   12/26/00   5100PL                 0        11.62
80300211115.   12/26/00   0869PL                 0        35.62
80300211116.   12/26/00   5100PL                 0         3.19
80300211117.   12/26/00   5100PL                 0        18.34
80300211118.   12/26/00   0869PL                 0        18.34
80300211119.   12/26/00   5100PL                 0         7.76

                                    DIVISION TOTAL          0.00
```

Handwritten annotations:

T2111-8    $12.77    3:00-1290    WAGNER

12  1/2/01    TA    Kane/Schireles

FILED
SCRANTON

JAN 02 2001

PER _____ DEPUTY CLERK