

*seal*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER,          :
    Plaintiff          :
                      :
    v.          :  CIVIL NO. 1:CV-00-1290
                      :
WILLIAM F. WARD, ET AL.,   :  (Judge Kane)
    Defendants          :

FILED
HARRISBURG,

JAN 0 4 2001

MARY E. D'ANDREA, C
PER_____
DEPUTY CLERK

### ORDER

NOW, THIS 4th DAY OF JANUARY, 2001, IT IS HEREBY ORDERED THAT, Plaintiff's application to proceed in forma pauperis (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

Yvette Kane
United States District Judge

---

1. Wagner completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2001

Re:  1:00-cv-01290   Wagner v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

James Lee Wagner
SCI-R
SCI at Rockview
BK-5396
P.O. Box A
Bellefonte, PA  16823

```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other ___pro se___             ( )
      Sch.Milfen'g
```

MARY E. D'ANDREA, Clerk

DATE: ____1-4-01____         BY: _____
                                  Deputy Clerk