```
01/30/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                      1

TRNS-ADJ           DATE        FUND      CASE NO            DEF   AMOUNT
***************************************************************************************

80300213801.      01/25/01    6855XX    3:01-OP-1            1    -325.95
80300213802.      01/25/01    0869PL                         0       2.88
80300213803.      01/25/01    5100PL                         0       5.88
80300213804.      01/25/01    5100PL                         0       1.44
80300213805.      01/25/01    5100PL                         0      52.61
80300213806.      01/25/01    0869PL                         0      60.00
80300213807.      01/25/01    0869PL                         0       3.09
80300213808.      01/25/01    0869PL                         0      10.04
80300213809.      01/25/01    0869PL                         0       8.92
80300213810.      01/25/01    0869PL                         0       8.62
80300213811.      01/25/01    5100PL                         0      13.44
80300213812.      01/25/01    5100PL                         0      11.47
80300213813.      01/25/01    5100PL                         0       3.38
80300213814.      01/25/01    0869PL                         0      14.38
80300213815.      01/25/01    5100PL                         0       5.40
80300213816.      01/25/01    5100PL                         0      10.50
80300213817.      01/25/01    5100PL                         0      10.50
80300213818.      01/25/01    0869PL                         0      24.38
80300213819.      01/25/01    5100PL                         0      19.31
80300213820.      01/25/01    5100PL                         0      40.88
80300213821.      01/25/01    5100PL                         0      18.83
80300213901.      01/25/01    6855XX    3:01-OP-1            1      -5.00
80300213902.      01/25/01    086900                         0       5.00
80300214001.      01/25/01    086900                         0      -5.00
80300214002.      01/25/01    6855XX    3:01-OP-1            1       5.00
80300214101.      01/25/01    510000                         0     -90.00
80300214102.      01/25/01    5100PL                         0      90.00
80300214103.      01/25/01    0869PL                         0     -60.00
80300214201.      01/25/01    6855XX    3:99-OP-1            1      60.00
80300214202.      01/25/01    613300    3:99-UC-1            1     -10.00
80300214301.      01/25/01    504100    3:99-CR-236-01       1      10.00
80300214302.      01/25/01    6855XX    3:01-OP-1            1     -25.00
80300214401.      01/25/01    504100    3:97-CR-079-01       1      25.00
80300214402.      01/25/01    6855XX    3:01-OP-1            1     -50.00
80300214501.      01/25/01    504100    3:98-CR-010-01       1      50.00
80300214502.      01/25/01    6855XX    3:01-OP-1            1      -5.00
80300214601.      01/25/01    504100    3:98-CR-153-01       1       5.00
80300214602.      01/25/01    6855XX    3:01-OP-1            1     -10.00
                                                                   10.00

                                                 DIVISION TOTAL     0.00
```

FILED
SCRANTON
FEB 07 2001
PER _____
DEPUTY CLERK

(14)
2/7/01
TS
Kane/ms

T2138-11   $13.44   3:00-1290 WAGNER