```
02/22/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                2
TRNS-ADJ          DATE       FUND      CASE NO        DEF             AMOUNT
*************************************************************************************************
                                                     SCRANTON
80300216101.    02/21/01    6855XX    3:01-OP-1         1            -59.26
80300216102.    02/21/01    5100PL                      0              3.61
80300216103.    02/21/01    0869PL                      0             28.29
80300216104.    02/21/01    5100PL                      0              9.46
80300216105.    02/21/01    5100PL                      0              6.15
80300216106.    02/21/01    5100PL                      0             11.75
80300216201.    02/21/01    6855XX    3:01-OP-1         1            -30.00
80300216202.    02/21/01    5100PL                      0             30.00
80300216301.    02/21/01    6855XX    3:01-OP-1         1            -47.96
80300216302.    02/21/01    5100PL                      0             10.00
80300216303.    02/21/01    5100PL                      0              5.60
80300216304.    02/21/01    5100PL                      0              8.00
80300216305.    02/21/01    0869PL                      0              3.63
80300216306.    02/21/01    5100PL                      0             11.15
80300216307.    02/21/01    5100PL                      0              1.58
80300216308.    02/21/01    5100PL                      0              8.00
80300216401.    02/21/01    6855XX    3:01-OP-1         1            -98.87
80300216402.    02/21/01    0869PL                      0              1.51
80300216403.    02/21/01    5100PL                      0              1.51
80300216404.    02/21/01    0869PL                      0              1.51
80300216405.    02/21/01    0869PL                      0              3.76
80300216406.    02/21/01    5100PL                      0              8.29
80300216407.    02/21/01    5100PL                      0              8.78
80300216408.    02/21/01    5100PL                      0              7.81
80300216409.    02/21/01    0869PL                      0              6.30
80300216410.    02/21/01    5100PL                      0              4.69
80300216411.    02/21/01    0869PL                      0              6.78
80300216412.    02/21/01    5100PL                      0              3.62
80300216413.    02/21/01    5100PL                      0              6.38
80300216414.    02/21/01    0869PL                      0             10.13
80300216415.    02/21/01    5100PL                      0              0.90
80300216416.    02/21/01    5100PL                      0             10.13
80300216417.    02/21/01    0869PL                      0              0.90
80300216418.    02/21/01    5100PL                      0              4.25
80300216419.    02/21/01    5100PL                      0              3.02
80300216420.    02/21/01    5100PL                      0              8.60
80300216501.    02/21/01    6855XX    3:01-OP-1         1            -19.60
80300216502.    02/21/01    0869PL                      0              7.52
80300216503.    02/21/01    0869PL                      0              7.52
80300216504.    02/21/01    5100PL                      0              4.56
80300216601.    02/21/01    6855XX    3:01-OP-1         1            -50.38
80300216602.    02/21/01    5100PL                      0              4.18
80300216603.    02/21/01    5100PL                      0             27.00
80300216604.    02/21/01    5100PL                      0              2.27
80300216605.    02/21/01    5100PL                      0              6.26
80300216606.    02/21/01    0869PL                      0             10.67
80300216701.    02/21/01    504100    3:99-CR-235-01    1           -300.00
80300216702.    02/21/01    6855XX    3:99-CR-235-01    1            300.00

                                                       DIVISION TOTAL              0.00
```

(15)
2/23/01
TS
Kane/S.

↑2164-849   $ 14.11   3:00-1290   WAGNER

[FILED SCRANTON FEB 23 2001 — DEPUTY CLERK stamp]