```
22/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1
G-ADJ       DATE     FUND      CASE NO            DEF         AMOUNT
********************************************************************************
                                         SCRANTON
00218701.   03/21/01  6855XX    3:01-OP-1           1         -159.11
00218702.   03/21/01  0869PL                        0            2.74
00218703.   03/21/01  5100PL                        0            2.74
00218704.   03/21/01  5100PL                        0            1.37
00218705.   03/21/01  0869PL                        0            7.16
00218706.   03/21/01  0869PL                        0           12.77
00218707.   03/21/01  5100PL                        0            5.95
00218708.   03/21/01  5100PL                        0            3.04
00218709.   03/21/01  5100PL                        0            7.49
00218710.   03/21/01  5100PL                        0           13.23
00218711.   03/21/01  0869PL                        0            6.39
00218712.   03/21/01  0869PL                        0           56.35
00218713.   03/21/01  5100PL                        0            4.74
00218714.   03/21/01  5100PL                        0           10.00
00218715.   03/21/01  5100PL                        0            5.55
00218716.   03/21/01  0869PL                        0           12.45
00218717.   03/21/01  5100PL                        0            7.14
00218801.   03/21/01  6855XX    3:97-CR-255-01      1          -30.00
00218802.   03/21/01  504100    3:97-CR-255-01      1           30.00
00218901.   03/21/01  6855XX    3:00-CR-275-01      1          -25.00
00218902.   03/21/01  504100    3:00-CR-275-01      1           25.00

                                              DIVISION TOTAL     0.00
```

T 2187-6    $12.77    3:00-1090    WAGNER

(16)
3/22/01
Kane /JS M.S.

FILED
SCRANTON
MAR 22 2001
PER _____ DEPUTY CLERK