```
05/01/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1
*********************************************************************************************
TRNS-ADJ        DATE        FUND     CASE NO         DEF        AMOUNT
*********************************************************************************************
                                                  SCRANTON
80300222301.  04/18/01   6855XX    3:01-OP-1              1       -53.12
80300222302.  04/18/01   5100PL                           0         2.70
80300222303.  04/18/01   5100PL                           0        16.45
80300222304.  04/18/01   5100PL                           0         3.40
80300222305.  04/18/01   5100PL                           0         6.15
80300222306.  04/18/01   5100PL                           0        24.42
80300222401.  04/18/01   6855XX    3:01-OP-1              1      -106.32
80300222402.  04/18/01   0869PL                           0         3.17
80300222403.  04/18/01   5100PL                           0         1.58
80300222404.  04/18/01   0869PL                           0         3.17
80300222405.  04/18/01   0869PL                           0         8.29
80300222406.  04/18/01   0869PL                           0        14.78
80300222407.  04/18/01   5100PL                           0         9.98
80300222409.  04/18/01   0869PL                           0         8.33
80300222410.  04/18/01   0869PL                           0         3.65
80300222411.  04/18/01   5100PL                           0        15.17
80300222412.  04/18/01   0869PL                           0        10.00
80300222413.  04/18/01   5100PL                           0         8.30
80300222501.  04/18/01   6855XX    3:01-OP-1              1        19.90
80300222502.  04/18/01   5100PL                           0      -101.00
80300222503.  04/18/01   5100PL                           0         3.46
80300222504.  04/18/01   0869PL                           0         6.69
80300222505.  04/18/01   5100PL                           0        33.02
80300222506.  04/18/01   0869PL                           0        19.98
80300222507.  04/18/01   5100PL                           0         3.71
80300222508.  04/18/01   5100PL                           0         3.46
80300222509.  04/18/01   5100PL                           0         6.91
80300222510.  04/18/01   0869PL                           0        20.31
80300222601.  04/18/01   6855XX    3:01-OP-1              1        -8.73
80300222602.  04/18/01   5100PL                           0         3.64
80300222603.  04/18/01   5100PL                           0         5.09
80300222701.  04/18/01   504100    3:98-CR-294-05         5       -25.00
80300222702.  04/18/01   6855XX    3:01-OP-1              1        25.00
80300222801.  04/18/01   504100    3:00-CR-065-01         1       -25.00
80300222802.  04/18/01   685SXX    3:01-OP-1              1        25.00
80300222901.  04/18/01   510000                           0       -50.00
80300222902.  04/18/01   5100PL                           0        50.00

                                        DIVISION TOTAL                      0.00
```

#224-6   $14.78   3:00T 1290   WAGNER

17
5/2/01
TS
Kave/M.S.

FILED
SCRANTON
MAY 0 2 2001

PER _____ DEPUTY CLERK