```
05/23/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ         DATE       FUND      CASE NO       DEF                    AMOUNT

8030022510105/22/01       6855XX     3:01-OP-1      1                      -73.41
8030022510205/22/01       5100PL                                            27.88
8030022510305/22/01       5100PL                                             5.47
8030022510405/22/01       0869PL                                            20.00
8030022510505/22/01       0869PL                                             0.44
8030022510605/22/01       5100PL                                             0.56
8030022510705/22/01       5100PL                                             4.88
8030022510805/22/01       0869PL                                             4.34
8030022510905/22/01       0869PL                                             6.96
8030022511005/22/01       6855XX                                             2.88
8030022520105/22/01       6855XX     3:01-OP-1      1                     -150.65
8030022520205/22/01       0869PL                                             3.02
8030022520305/22/01       0869PL                                             1.51
8030022520405/22/01       5100PL                                            19.62
8030022520505/22/01       5100PL                                             7.92
8030022520605/22/01       0869PL                                            14.11
8030022520705/22/01       0869PL                                            11.47
8030022520805/22/01       5100PL                                             3.02
8030022520905/22/01       5100PL                                            10.88
8030022521005/22/01       0869PL                                            11.33
8030022521105/22/01       0869PL                                             7.85
8030022521205/22/01       5100PL                                             2.15
8030022521305/22/01       0869PL                                             3.02
8030022521405/22/01       0869PL                                             3.84
8030022521505/22/01       5100PL                                            47.89
8030022521605/22/01       5100PL                                            -80.61
8030022530105/22/01       0869PL     3:01-OP-1      1                        7.31
8030022530205/22/01       0869PL                                             4.82
8030022530305/22/01       5100PL                                             5.88
8030022530405/22/01       5100PL                                             3.83
8030022530505/22/01       6855XX                                             6.33
8030022530605/22/01       5100PL                                             6.76
8030022530705/22/01       5100PL                                            15.00
8030022530805/22/01       0869PL                                            26.00
8030022530905/22/01       0869PL                                             4.68
8030022531005/22/01       5100PL                                            -30.54
8030022540105/22/01       5100PL     3:01-OP-1      0                        5.88
8030022540205/22/01       0869PL                                             7.89
8030022540305/22/01       0869PL                                             3.65
8030022540405/22/01       6855XX                                             4.00
8030022540505/22/01       6855XX     3:01-PB-1      0                       15.00
8030022550105/22/01       5100PL                                           -90.00
8030022550205/22/01       5100PL                                            30.00
8030022560105/22/01       5100PL                                           -25.00
8030022560205/22/01       5100PL                                            25.00
8030022560305/22/01       510000                                            60.00
8030022560405/22/01       086900                                           -60.00

                                                           DIVISION TOTAL    0.00
```

FILED SCRANTON MAY 2 4 2001 PER DEPUTY CLERK