```
06/19/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ          DATE         FUND      CASE NO        DEF      AMOUNT
*************************************************************************************
                                         SCRANTON
80300228301.    06/18/01      6855XX     3:01-OP-1       1      -133.01
80300228302.    06/18/01      0869PL                     0         3.17
80300228303.    06/18/01      5100PL                     0         3.17
80300228304.    06/18/01      0869PL                     0         1.58
80300228305.    06/18/01      5100PL                     0         1.58
80300228306.    06/18/01      0869PL                     0         4.68
80300228307.    06/18/01      0869PL                     0        10.90
80300228308.    06/18/01      5100PL                     0        13.06
80300228309.    06/18/01      5100PL                     0         2.16
80300228310.    06/18/01      0869PL                     0         4.79
80300228311.    06/18/01      5100PL                     0         3.01
80300228312.    06/18/01      0869PL                     0         3.01
80300228313.    06/18/01      5100PL                     0         3.23
80300228314.    06/18/01      0869PL                     0        15.56
80300228315.    06/18/01      5100PL                     0        14.20
80300228316.    06/18/01      5100PL                     0        33.17
80300228317.    06/18/01      0869PL                     0         7.66
80300228318.    06/18/01      5100PL                     0         1.20
80300228319.    06/18/01      0869PL                     0         6.88
80300228401.    06/18/01      086900                     0      -105.00
80300228402.    06/18/01      6855XX     3:01-OP-1       1       105.00

                                            DIVISION TOTAL            0.00
```

T 2283-7   $10.90   $.00 - 1290   WAGNER

FILED
SCRANTON
JUN 22 2001

DEPUTY CLERK