*seal*

20
7/20/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER,                   :
          Plaintiff                 :     CIVIL NO. 1:CV-00-1290
                                    :
     v.                             :     (Judge Kane)          **FILED**
                                    :                       HARRISBURG, PA
WILLIAM F. WARD, ET AL.,            :
          Defendants                :                         JUL 1 9 2001

                                          MARY E. D'ANDREA, CLER
                    **ORDER**              Per _____
                                                    Deputy Clerk

     AND NOW, THIS   17th   DAY OF July 2001, IT IS HEREBY

ORDERED THAT:

     1.   Plaintiff's motion to proceed in forma pauperis

          is construed as a motion to proceed without full

          prepayment of fees and costs and the motion is

          granted.[1]

     2.   The United States Marshal is directed to serve

          Plaintiff's complaint on the Defendants named

          therein.

                         _____
                         YVETTE KANE
                         United States District Judge

---

1.   Wagner completed this court's form application to proceed in
forma pauperis and authorization to have funds deducted from his
prison account.   The court then issued an Administrative Order
directing the warden at his present place of confinement to
commence deducting the full filing fee from Plaintiff's prison
trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 19, 2001

Re:  1:00-cv-01290   Wagner v. Ward

True and correct copies of the attached were mailed by the clerk
to the following:

> James Lee Wagner
> SCI-R
> SCI at Rockview
> BK-5396
> P.O. Box A
> Bellefonte, PA  16823

cc:
Judge                        ( ✓ )              ( ✓ ) Pro Se Law Clerk
Magistrate Judge             ( )               ( ) INS
U.S. Marshal                 ( )               ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( ✓ )   Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____         ( )

MARY E. D'ANDREA, Clerk

DATE: ___7-19-01___              BY: _____
                                     Deputy Clerk