```
07/26/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                   1
TRNS-ADJ        DATE      FUND     CASE NO           DEF   AMOUNT
*********************************************************************************
                                   SCRANTON
80300230601.  07/25/01  322350                        0    -54.66
80300260602.  07/25/01  6855XX    3:01-OP-1           1     54.66
80300260701.  07/25/01  6855XX    3:01-OP-1           1    -89.63
80300260702.  07/25/01  5100PL                        0      3.92
80300260703.  07/25/01  0869PL                        0      6.01
80300260704.  07/25/01  5100PL                        0      6.01
80300260705.  07/25/01  5100PL                        0     10.96
80300260706.  07/25/01  5100PL                        0     30.26
80300260707.  07/25/01  5100PL                        0     26.39
80300260708.  07/25/01  5100PL                        0      6.08
80300260801.  07/25/01  6855XX    3:01-OP-1           1   -149.44
80300260802.  07/25/01  0869PL                        0      2.83
80300260803.  07/25/01  5100PL                        0      4.27
80300260804.  07/25/01  5100PL                        0      4.27
80300260805.  07/25/01  0869PL                        0      4.26
80300260806.  07/25/01  0869PL                        0     12.00
80300260807.  07/25/01  5100PL                        0      3.29
80300260808.  07/25/01  0869PL                        0      1.14
80300260809.  07/25/01  5100PL                        0     12.35
80300260810.  07/25/01  5100PL                        0      6.33
80300260811.  07/25/01  0869PL                        0      2.47
80300260812.  07/25/01  5100PL                        0      2.47
80300260813.  07/25/01  0869PL                        0      7.63
80300260814.  07/25/01  0869PL                        0      5.44
80300260815.  07/25/01  5100PL                        0      6.09
80300260816.  07/25/01  5100PL                        0     11.39
80300260817.  07/25/01  0869PL                        0     18.24
80300260818.  07/25/01  5100PL                        0     25.31
80300260819.  07/25/01  0869PL                        0     11.66
80300260820.  07/25/01  5100PL                        0      8.00
80300260901.  07/25/01  6855XX    3:01-OP-1           1    -75.54
80300260902.  07/25/01  5100PL                        0      2.26
80300260903.  07/25/01  5100PL                        0      9.60
80300260904.  07/25/01  5100PL                        0      3.46
80300260905.  07/25/01  5100PL                        0      2.86
80300260906.  07/25/01  5100PL                        0     15.02
80300260907.  07/25/01  5100PL                        0     34.36
80300260908.  07/25/01  0869PL                        0      7.98
80300261001.  07/25/01  504100    3:99-CR-254-01      1    -25.00
80300261002.  07/25/01  6855XX    3:01-OP-1           1     25.00

                                                DIVISION TOTAL      0.00
```

FILED SCRANTON JUL 2 7 2001 PER _____ DEPUTY CLERK

(21) dm 7-30-0[?]

T 2608-8   $1.14   1:00-1290   WAGNER (PD IN FULL)