**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LEE WAGNER, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM F. WARD, et al., | : |
| Defendants. | : No. 1:CV-00-1290 |
| | : (Judge Yvette Kane) |

FILED
HARRISBURG, PA
SEP 25 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION OF DEFENDANTS TO DISMISS THE COMPLAINT

Defendants, through their counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby request this Court to dismiss the action against them. In support thereof, defendants refer this Court to the brief that will be filed within ten (10) days in accordance with Local Rule 7.5.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: /s/ Patrick S. Cawley
PATRICK S. CAWLEY
Deputy Attorney General
Attorney I.D. 85575

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Litigation Section
Harrisburg, PA 17120
(717) 705-8572
Date: September 25, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LEE WAGNER, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM F. WARD, et al., | : No. 3:CV-00-1290 |
| Defendants. | : (Judge Yvette Kane) |

## CERTIFICATE OF SERVICE

I, Patrick S. Cawley, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 25, 2001, I served a true and correct copy of the foregoing **Motion of Defendants to Dismiss the Complaint** by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

James Wagner, BK-5396
SCI-Rockview
Box A
Bellefonte, PA 16823

_____
PATRICK S. CAWLEY
Deputy Attorney General