IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER            :
            PLAINTIFF       :
                            :   NO: 3:CV-00-1290
                            :   (JUDGE YVETTE KANE)
                            :
V.                          :
                            :
                            :
WILLIAM F. WARD, ET AL.,    :
                            :
            DEFENDANTS



MOTION FOR ENLARGEMENT OF TIME

    PURSUANT TO FED. R. CIV. P. 6(b), PLAINTIFF HEREBY MOVES FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE HIS BRIEF AND DOCUMENTS IN OPPOSITION TO DEFENDANT'S NOTICE AND MOTION CHALLENGING THEIR OBJECTIONS TO THEIR MOTION OF DEFENDANT'S TO DISMISS THE COMPLAINT ON THE FOLLOWING GROUNDS:

    1.    PLAINTIFF'S RESPONSES TO DEFENDANT'S NOTICE AND MOTION CHALLENGING THEIR OBJECTIONS TO THEIR MOTION WAS DUE ON THE 29TH OF OCTOBER 2001. THIS WAS MY UNDERSTANDING AS PRO SE, THAT I HAD (15) FIFTEEN WORKING DAYS TO FILE MY BRIEF. I WAS INFORMED THAT THIS IS NOT ALWAYS TRUE. SO IF IT IS A COMBINED 15 DAYS WITH HOLIDAYS AND WEEKENDS, MY TIME WILL EXPIRE TOMORROW ON THE 24 OF OCTOBER 2001.

    2.    DECLARATIONS HAVE BEEN DRAFTED AND ARE AWAITING THE PRISON MAIL ROOM TO ZEROX COPIES TO BE FORWARDED TO COURT OF CLERKS AND DEFENDANT'S ATTORNEY.

    3.    PLAINTIFF CANNOT FORWARD BRIEF UNTIL HE HAS ENOUGH COPIES TO SEND TO ALL PARTIES.

    4.    PLAINTIFF RESPECTFULLY REQUEST AN ENLARGEMENT OF TIME UNTIL, NOVEMBER 5, 2001, IN WHICH TO FILE A BRIEF AND DOCUMENTS IN OPPOSITION TO DEFENDANT'S NOTICE AND MOTION CHALLENGING THEIR OPPOSITION TO THEIR MOTION TO DISMISS THE COMPLAINT.

    7.    GRANTING THIS MOTION WILL NOT UNREASONABLY DELAY THIS MATTER.