UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER,          :
      Plaintiff    :    CIVIL NO. 1:CV-00-1290
                   :
  v.                       :    (Judge Kane)
                   :
WILLIAM F. WARD, ET AL.,   :
      Defendants   :

FILED
HARRISBURG, PA
NOV 1 5 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, THIS 9th DAY OF NOVEMBER, 2001, upon consideration of the fact that on November 6, 2001, plaintiff filed his brief in opposition to defendants' pending motion to dismiss, and the court considers it timely filed, IT IS HEREBY ORDERED THAT plaintiff's motion for enlargement of time (Doc. No. 25), within which to file his brief in opposition is dismissed as moot.

                                                      YVETTE KANE
                                                      United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 15, 2001

Re:  1:00-cv-01290    Wagner v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

    James Lee Wagner
    SCI-R
    SCI at Rockview
    BK-5396
    P.O. Box A
    Bellefonte, PA  16823

    Patrick S. Cawley, Esq.
    Office of Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

```
cc:
Judge                       (✓)            (✓) Pro Se Law Clerk
Magistrate Judge            ( )            ( ) INS
U.S. Marshal                ( )            ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen    ( )  PA Atty Gen ( )
                                     DA of County   ( )  Respondents ( )
Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

11-15-01