IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER                           :
       PLAINTIFF                  :NO. 3:CV-00-1290
                                  :   (JUDGE YVETTE KANE)
VS.                                        :
                                           :
WILLIAM F. WARD, ET AL                     :
       DEFENDANTS                 :

FILED
HARRISBURG, PA
JAN 0 9 2002
MARY E. D'ANDREA, C
Per _____

REQUEST FOR INFORMATION FROM CLERK OF COURTS

    THE PLAINTIFF, JAMES LEE WAGNER, COMES THIS 6TH DAY OF JANUARY, 2002, AND REQUEST'S THE FOLLOWING INFORMATION AND HELP FROM THE CLERK OF COURTS IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

    1) PLAINTIFF IS UNSURE OF WHAT HIS NEXT STEP IS IN HIS 1983 ACTION. HE FILED AN ORDER ON/OR ABOUT THE 25TH OF NOVEMBER 2001 TO HAVE DEFENDANT'S MOTION TO DISMISS TO BE DENIED. PLAINTIFF FILED TWO BRIEFS IN RESPONSE TO THERE MOTION , ONE ON 4 NOVEMBER, 2001, AND THE LAST ON 25 NOVEMBER, 2001. PLAINTIFF HAS HEARD NOTHING IN RESPONSE TO HIS ORDER TO DISMISS THE DEFENDANT'S MOTION TO DISMISS IN RESPONSE TO PLAINTIFF'S OPPOSITION TO THERE MOTION. IS THERE SOMETHING PLAINTIFF NEEDS TO DO OR FAILED TO COMPLY WITH IN REGARDS TO THIS MOTION?

    2) PLAINTIFF WOULD LIKE TO FILE FOR DISCOVERY DOCUMENTS FROM THE STATE PRISON AT ROCKVIEW, BELLEFONTE, PA. THESE DOCUMENTS ARE RELEVANT TO HIS CASE. HE IS UNSURE HOW TO GET THESE DOCUMENTS AND WHAT HE HAS TO DO THROUGH THIS COURT TO GET THESE DOCUMENTS.

    3) PLAINTIFF NEEDS TO ALSO SUBMIT INTERROGATORS FOR THE DEFENDANT'S TO ANSWER. HE IS UNSURE IF HE CAN DO THIS AT THIS TIME AND IF THERE IS A CERTAIN FORMAT OR ORDER HE HAS TO SUBMIT TO THE COURT TO DO THIS.

    4) PLAINTIFF IS REQUESTING IN ADDITION TO THE ABOVE A COPY OF THE COURTS CIVIL JUSTICE DELAY AND EXPENSE PLAN.

THIS PLAINTIFF WOULD GREATLY APPRECIATE ANY AND ALL THE HELP THE CLERK OF COURT CAN PROVIDE HIM IN THE ABOVE REQUESTS.

DATE:  6 JANUARY, 2002

*James Lee Wagner* (signature)
JAMES LEE WAGNER
BOX A   BK-5396
BELLEFONTE, PA.  16823
PRO SE PLAINTIFF