OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

January 14, 2002

James Lee Wagner
Box A   BK-5396
Bellefonte, PA. 16823

FILED
SCRANTON
JAN 15 2002
PER _____
DEPUTY CLERK

Re:  No. 3:CV-00-1290

Dear Mr. Wagner:

I am writing in response to your "Request for Information from Clerk of Courts" received January 9, 2002, regarding the case referenced above. Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case. Personal correspondence to the Judge or other court officials will not have an effect on your case one way or the other. Please submit any future requests for relief in the form of a formal motion, not in informal correspondence to either the Clerk of Court or to the Judge presiding in your case.

Sincerely,

Margaret M. Gatusky

Margaret M. Gatusky, Esquire
Pro Se Law Clerk

MMG/mg