UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES LEE WAGNER,           :
     Plaintiff           :
                         : CIVIL NO. 1:CV-00-1290
  v.                        :
                         : (Judge Kane)
WILLIAM F. WARD, ET AL.,    :
     Defendants          :

**ORDER**

AND NOW, THIS 9th DAY OF JULY, 2002, upon consideration of the defendants' motion for enlargement of time within which to file a brief in opposition to the plaintiff's motion to compel discovery, IT IS HEREBY ORDERED THAT defendants' motion for enlargement of time (Doc. No. 35), is granted. Defendants shall file a brief in opposition to the plaintiff's motion to compel on or before July 31, 2002.

                                  YVETTE KANE
                                  United States District Judge

YK:dlb