**Return Receipt**

| | |
|---|---|
| Your document: | 1:00-cv-1290 Notice of Appeal |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 11/12/2002 09:33:18 AM |

○41
11-14-02

FILED
HARRISBURG, PA
NOV 13 2002
MARY E. D'ANDREA, CLERK
Per _____