OFFICE OF THE CLERK

**MARCIA M. WALDRON**  UNITED STATES COURT OF APPEALS  TELEPHONE
**CLERK**  FOR THE THIRD CIRCUIT  215-299-4929
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

November 13, 2002

NOTICE OF DOCKETING OF APPEAL

WAGNER
v.
WARD, et al.

No.: 00-CV-01290

**Honorable Yvette Kane**

FILED
HARRISBURG, PA
NOV 18 2002
MARY E. D'ANDREA, CLERK
Per _____

An appeal by **James Lee Wagner** was filed in the above-caption case on November 7, 2002, and docketed in this Court on November 13, 2002, at No. **02-4139**.

Kindly use the Appeals Docket No. **02-4139** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Judith Coates** at Judith_Coates@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**