# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 02-4139

Wagner

vs.

Ward, et al.

James Lee Wagner, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01290)

## O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: April 10, 2003

cc:
      Mr. James Lee Wagner
      Patrick S. Cawley, Esq.